COURTROOM DEPUTY MINUTES      DATE: __8/25/05__
MIDDLE DISTRICT OF ALABAMA
                                DIGITAL RECORDING: __3:42 - 3:47__

√ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT
☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. __2:05MJ104-CSC__    DEFT. NAME: __JOSEPH D. ARMSTRONG__

USA: __TERRY MOORER__    ATTY: __KEVIN BUTLER__

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO; ( ) Stand In-only

USPTSO/USPO: __TAMARA MARTIN__

Defendant ___ does  √ does NOT need an interpreter;
Interpreter present √ NO  ___ YES  NAME: _____

| | | |
|---|---|---|
| √ Kars. | Date of Arrest __8/25/05__ or ☐ karsr40 | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| √ kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel | |
| ☐ finaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| √ koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** | |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| √ | Deft. Advises he will retain counsel. Has retained __Michael Boles (334) 799-9315__ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ | |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| √ kocondrls. | Release order entered. √ Deft. advised of conditions of release. | |
| √ kbnd. | ☐BOND EXECUTED (M/D AL charges) $ __25,000__. Deft released (kloc LR) | |
| | ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered | |
| ☐kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| √ | Preliminary Hearing √ Set for __9/2/05__ at **9:00 a.m.** | |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| ☐karr. | **ARRAIGNMENT** SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. | |
| | ☐Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE**: _____ | |
| | **DISCOVERY DISCLOSURES DATE**: _____ | |
| ☐ Krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** | |