IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:05MJ104-CSC |
| | ) | |
| JOSEPH D. ARMSTRONG | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a preliminary hearing be and is hereby scheduled for **September 2, 2005 at 9:00 a.m.**, in courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshall or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 26th day of August, 2005.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

1