IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | 2:05mj104-C |
| | * | |
| JOSEPH D. ARMSTRONG | * | |

<u>WITNESS LIST</u>

    GOVERNMENT                                     DEFENDANT

1. John Hurst