FILED
SEP - 8 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 2:05cr205-T |
| | ) [21 USC 846] |
| JOSEPH D. ARMSTRONG | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

From an unknown date to on or about May 5, 2005, in the Middle District of Alabama, and elsewhere,

JOSEPH D. ARMSTRONG

defendant herein, did knowingly and willfully combine, conspire, confederate and agree together with JACOB MELTON, DARRYL HYATT, and other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute approximately 50 or more grams of methamphetamine and more than 500 grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Terry F. Moorer
Assistant United States Attorney