| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** September 21, 2005 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 2:57 - 3:00 | |

√ **ARRAIGNMENT**   ❏ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr205-T   **DEFENDANT NAME:** Joseph D. Armstrong
**AUSA:** Susan Redmond   **DEFENDANT ATTORNEY:** John Poti
Type counsel ( )Waived; ( √ )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( √ )NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty**
    ❏ **Guilty as to:**
        ❏ Count(s):
        ❏ Count(s):        ❏ dismissed on oral motion of USA
                           ❏ to be dismissed at sentencing
❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**   1/23/06      √ **WAIVER OF SPEEDY TRIAL** filed.
          **DISCOVERY DISCLOSURE DATE:** 9/22/05
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
        ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
        ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
        ❏ Defendant requests time to secure new counsel