**COURTROOM DEPUTY'S MINUTES**         **DATE: October 17, 2005**

**MIDDLE DISTRICT OF ALABAMA**          **Digital Recording: 3:17 - 3:18**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**     **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:05cr205-T**          **DEFENDANT(S) Joseph D. Armstrong**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer | * | |
| | * John M. Poti | |
| | * | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**
   Completed

❏ **PENDING MOTION STATUS:**
   No pending motions

❏ **PLEA STATUS:**
   Likely plea
   Plea date - Jan. 17, 2006

❏ **TRIAL STATUS**
   Trial time - 1 day

❏ **REMARKS:**