IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-205-T |
| | ) | |
| JOSEPH D. ARMSTRONG | ) | |

### WAIVER OF SPEEDY TRIAL ACT

The undersigned Joseph D. Armstrong, states that he is the same Joseph D. Armstrong charged in Case No. 2:05-cr-205-T, and that he hereby waives his right to have a speedy trial herein pursuant to 18 U.S.C. § 3161 and all other applicable Federal law and regulations. The defendant specifically herein presents notice that he waives his right to speedy trial and specifically states that he has no objection to this Court continuing the trial of this matter from the January 23, 2006 trial term to the February 13, 2006 trial term.

12/12/05
Date

Joseph D. Armstrong, Defendant

Dec 12, 2005
Date

John M. Poti (POT013)
Attorney for Joseph D. Armstrong
696 N. Silver Hills Drive, Suite 102
Prattville, AL 36066-6184
TEL: (334) 361-3535
FAX: (334) 361-3955
E-mail: john@jmpoti.com