| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 4:00 - 4:02 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:05cr205-T | **DEFENDANT(S)** Joseph D. Armstrong |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer | * | John Poti |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   None
   Defendant's ORAL MOTION to continue to 2/13/06 Cr Term - waiver to be filed

☐ **PLEA STATUS:**
   Plea likely

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**