**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-00205-T |
| | ) | |
| **JOSEPH D. ARMSTRONG** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the defendant, by and through counsel and gives his notice of his intent to change his plea to one of guilty and requests that a hearing for that purpose be set on the February 6, 2006 plea docket.

Respectfully submitted this <u>31st</u> day of <u>January</u>, 2006.

    s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Joseph D. Armstrong
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: (334) 361-3955
Email: john@jmpoti.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Terry Moorer,</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:      <u>   none   </u>.

     <u>s/John M. Poti                               </u>
**JOHN M. POTI  (POT013)**
Attorney for Joseph D. Armstrong
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:   (334) 361-3535
FAX:   (334) 361-3955
Email: john@jmpoti.com