| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: February 6, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 4:00 - 4:15** |
| | **COURT REPORTER: Risa Entrekin** |

☐ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**    ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr205-LSC    **DEFENDANT NAME:** Joseph D. Armstrong
**AUSA:** Terry Moorer    **DEFENDANT ATTORNEY:** John Poti
     Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
     ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Stan Robinson
**Interpreter present?** (√)NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    ☐ Not Guilty
     √ **Guilty as to:**
          √ **Count(s):** 1 of the Indictment
          ☐ **Count(s):**          ☐ dismissed on oral motion of USA
                              ☐ to be dismissed at sentencing
√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
☐ **CRIMINAL TERM:**       ☐ **WAIVER OF SPEEDY TRIAL** filed.
          **DISCOVERY DISCLOSURE DATE:**
√ **ORDER:** Defendant continued under √ same bond; ☐ summons; for:
          ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
          ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
          ☐ Defendant requests time to secure new counsel