AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: JOSEPH D. ARMSTRONG
Case Number: 2:05-CR-205-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FIFTY ONE (51) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the 500 hour intensive drug treatment program and be housed as close as possible to his family in Montgomery, AL. The drug treatment should take first priority.

The defendant shall surrender to the United States marshal for this district or to the designated facility by 12:00 Noon on July 27, 2006.

RETURNED AND FILED

AUG 1 5 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows: Committed Joseph P. Armstrong

Defendant delivered on _8/15/06_ to _FPC Maxwell_ at _Montgomery Alabama_, with a certified copy of this Judgment.

United States Marshal

By _Michael H. Bates_
Deputy Marshal