IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-205-LSC |
| | ) | |
| JOSEPH D. ARMSTRONG | ) | |
| | ) | |

RULE 35(b) MOTION FOR REDUCTION IN SENTENCE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, pursuant to Rule 35(b), *Federal Rules of Criminal Procedure*, and respectfully requests that the sentence imposed on Defendant Joseph D. Armstrong be reduced.

On July 6, 2006, the Defendant was sentenced pursuant to a written plea agreement to a term of fifty-one (51) months.[1]  The Defendant's adjusted offense level was determined to be 24, criminal history I. (51-63 months).  Said plea agreement provided that the United States would file a Rule 35 Motion requesting that the Court reduce the Defendant's sentence to reflect additional cooperation on the part of the Defendant.

The United States respectfully submits to the Court that the Defendant has now further cooperated consistent with the terms of the plea agreement. This request for sentence reduction is based on substantial assistance provided by the Defendant in United States v. Cox, Cr. No. 3:07-cr-106. Accordingly, the United States respectfully requests that the Defendant's adjusted offense level of 24 be reduced by an additional one (1) level. Should the Court grant the Government's Motion,

---

[1] Attached hereto as Exhibit A.

the Defendant's adjusted base level will be 23, criminal history I. (46-57 months). The Government respectfully recommends to the Court that the Defendant be sentenced to 46 months.

Respectfully submitted this the 22 day of June, 2007.

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/Christa D. Deegan
                                      CHRISTA D. DEEGAN
                                      Assistant United States Attorney
                                      One Court Square, Suite 201
                                      Montgomery, AL 36104
                                      Phone: (334) 223-7280
                                      Fax: (334)223-7135
                                      E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-205-LSC |
| | ) | |
| JOSEPH D. ARMSTRONG | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 22nd, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John M. Poti, Esquire.

Respectfully submitted,

/s/Christa D. Deegan
CHRISTA D. DEEGAN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christa.d.deegan@usdoj.gov