IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr205-MHT |
| **JOSEPH D. ARMSTRONG** | ) | |

### ORDER

It is ORDERED that the motion for reduction of sentence (Doc. No. 39) is set for a hearing on August 13, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

The government is to arrange for the presence of defendant Joseph D. Armstrong.

DONE, this the 11th day of July, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**