IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr No. 2:05cr205-MHT |
| ) | |
| JOSEPH D. ARMSTRONG ) | |

## ORDER

The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  Accordingly, it is

ORDERED that Panel Attorney John M. Poti be and is hereby re-appointed to represent the defendant during the proceedings currently pending before the court.

DONE, this the 16th day of July, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE